[No. 37003-4-II. Division Two. February 24, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. PETER S. PETERSEN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 07-1-00175-1, Robert L. Harris, J., entered October 25, 2007. *Affirmed* by unpublished opinion per Penoyar, A.C.J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[No. 37016-6-II. Division Two. February 24, 2009.]

*In the Matter of the Parentage of* T.C.C.

C.C., *Appellant*, v. C.N., *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-5-00140-1, Susan Serko, J., entered October 26, 2007. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Penoyar, A.C.J., and Hunt, J.

[No. 37028-0-II. Division Two. February 24, 2009.]

*In the Matter of the Marriage of* SAM ANGELO, *Appellant*, and MARILYN ANGELO, *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 01-3-01055-4, Robert L. Harris, J., entered November 2, 2007. *Affirmed* by unpublished opinion per Van Deren, C.J., concurred in by Houghton and Hunt, JJ.

[No. 37082-4-II. Division Two. February 24, 2009.]

ELDER DEMOLITION, INC., *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 06-2-02300-6, Stephen M. Warning, J., entered October 25, 2007. *Affirmed* by unpublished opinion per Penoyar, A.C.J., concurred in by Armstrong and Quinn-Brintnall, JJ. Now published at 149 Wn. App. 799.